# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRYAN LINN WILLIS | § | |
| | § | |
| v. | § | Civil Action No. 4:21-CV-00279 |
| | § | (Judge Mazzant/Judge Nowak) |
| COMMISSIONER, SSA | § | |
| | § | |
| | § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Bryan Linn Willis's Motion for Fees Under the Equal Access to Justice Act (Dkt. #19) and the Commissioner's Response (Dkt. #20), wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #19) is **GRANTED**, and the Commissioner is directed to pay five thousand seven hundred seventy-two dollars and ninety-six cents ($5,772.96) as reasonable attorney's fees and costs.  Specifically, Plaintiff is awarded $5,369.76 under 28 U.S.C. § 2412(d) of the Equal Access to Justice Act, payable by the Social Security Administration; and $403.20 under 28 U.S.C. § 2412(a) of the Equal Access to Justice Act, payable by the Department of Justice Judgment Fund.  Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.
SIGNED this 21st day of April, 2022.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE